IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| TAYLOR-WHARTON INTERNATIONAL, LLC, et al., | Case No. 15-12075-BLS<br>BAP No. 18-21 |
| Debtors. | |
| WORTHINGTON CRYOGENICS, LLC, | C.A. No. 18-633 GMS |
| Appellant, | |
| v. | |
| TAYLOR-WHARTON INTERNATIONAL, LLC, et al., | |
| Appellees. | |

ORDER

At Wilmington this  23rd  day of May, 2018, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 4);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **June 13, 2018.**

UNITED STATES DISTRICT JUDGE